1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9        SOUTHERN DISTRICT OF CALIFORNIA
10

11  DIANE CROSS,                                Case No.:  16CV857 JLS (NLS)

12                              Plaintiff,      **ORDER GRANTING JOINT**
                                                **MOTION TO DISMISS WITH**
13  v.                                          **PREJUDICE**

14  CALMARK HERITAGE PARK II                    (ECF No. 13)
    LIMITED PARTNERSHIP; OP
15  PROPERTY MANAGEMENT, L.P.; and
    DOES 1 THROUGH 10, Inclusive,
16
17                              Defendants.
18

19        Presently before the Court is the parties' Joint Motion for Dismissal and Dismissal

20  with Prejudice of All Defendants and Plaintiff's Complaint in Its Entirety ("Dismissal

21  Mot.") (ECF No. 13).  Because the parties have settled, the parties request pursuant to

22  Federal Rule of Civil Procedure 41(a)(1) and (2) that this Court "enter a dismissal with

23  prejudice of Defendants Calmark Heritage Park II Limited Partnership and OP Property

24  Management, L.P. from Plaintiff's complaint."  (Dismissal Mot. 1.)  Because this leaves

25  no Defendants remaining in the action, Plaintiff also requests that Plaintiff's Complaint be

26  dismissed with prejudice in its entirety.  (*Id.* at 2.)  Good cause appearing, the parties' joint

27  motion is **GRANTED**.  Plaintiff's claims against Defendants Calmark Heritage Park II

28  Limited Partnership and OP Property Management, L.P. are **DISMISSED WITH**

**PREJUDICE**, and Plaintiff's Complaint in its entirety is **DISMISSED WITH PREJUDICE**.  Because this concludes the litigation in this matter, the clerk **SHALL** close the file.

      **IT IS SO ORDERED**.

Dated:  November 18, 2016

Hon. Janis L. Sammartino
United States District Judge